UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BRIAN BARNES, individually and on behalf
of all others similarly situated,

       *Plaintiff*,                                Case No. 16 - CV – 04577 (LLS)

     -v.-

AEGIS CAPITAL CORP., a New York
Corporation,

       *Defendant*.
---------------------------------------------------------X

## DEFENDANT AEGIS CAPITAL CORP.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

    Defendant AEGIS CAPITAL CORP. ("Aegis"), by their attorneys, Kaufman Dolowich & Voluck, LLP, as and for its Fed. R. Civ. P. 7.1 Disclosure, hereby state, as follows:

    1.    Aegis Capital Corp. is a corporation organized and existing under the laws of the State of New York, and is 100% owned by Aegis Capital Holding Corp.

    2.    No publicly traded entity owns 10% or more of Aegis's outstanding stock.

Dated: New York, New York
       November 15, 2016

                                           KAUFMAN DOLOWICH & VOLUCK, LLP
                                           *Attorneys for Aegis Capital Corp.*

                                     By:   /s/ George F. Meierhofer
                                           George F. Meierhofer, Esq.
                                           S.D.N.Y. Bar No. GM 0383
                                           Christopher M. Bays, Esq.
                                           S.D.N.Y Bar No. CB 7853
                                           60 Broad Street, 36th Floor
                                           New York, New York 10004
                                           Tel.: (212) 485-9600
                                           Fax: (212) 485-9700

--AND--

Gregg J. Breitbart, Esq.
One Boca Place
2255 Glades Road, Suite 300E
Boca Raton, FL  33431
Tel:  (561) 910-5651
Fax: (888) 464-7982
(Motion for admission pro hac vice to be filed)