**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X
**BRIAN BARNES**, individually and on behalf of all others similarly situated,

*Plaintiff*,

*v*.

**AEGIS CAPITAL CORP.,** a New York Corporation,

*Defendant*.
---------------------------------------------------X

Case No. 16-cv-04577 (LLS)

**[PROPOSED] SCHEDULING ORDER**

WHEREAS, on June 22, 2017, the Court, at the conclusion of a pre-motion conference, Ordered that the Parties submit a proposed scheduling order pursuant to Fed.R.Civ.P. 16 reflecting proposed deadlines for the agreed-upon eight (8) month discovery period.

NOW THEREFORE, the Parties jointly submit the following information in accordance with the Court's request:

1. Proposed Schedule:
   a. Service of document requests and initial interrogatories: **both Parties have already served initial document requests and interrogatories.**
   b. Non-expert witness depositions:
      i. Initial identification by each party: **At least thirty (30) days prior to the close of fact discovery, which the Parties propose be completed by February 2, 2018.**
      ii. Timetable for deposition: **Depositions of non-experts shall be completed**

**by the close of fact discovery, which the Parties propose be completed by February 2, 2018.**

c. All non-expert discovery to be completed by: **February 2, 2018.**

d. Disclosure of Experts and Reports as required by Rule 26(a)(2) by: **February 2, 2018.**

e. Depositions of experts by: **April 2, 2018.**

f. Pre-trial motions: **The Parties propose that after the conclusion of expert discovery that Plaintiff move for class certification within twenty-eight (28) days, that Defendant thereafter have twenty-eight (28) days to respond, and Plaintiff shall have fourteen (14) days to reply. After the Court has entered an Order on class certification, the Parties' propose that the Court hold a subsequent case management conference to set deadlines for the remainder of the case.**

Respectfully submitted,

July 10, 2017

By: /s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0676
Fax: 303-927-0809

Stefan L. Coleman

Law Offices of Stefan Coleman P.A.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel: 877.333.9427
law@stefancoleman.com

* *Pro Hac Vice*

By: /s/ Mark S. Eisen
One of Defendant's Attorneys

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
James D. Larry
nlarry@beneschlaw.com
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
333 W. Wacker Dr.
Suite 1900
Chicago, IL 60606
Tel: 312.212.4954
Fax: 312.212.9192

George F. Meierhofer, Jr.
gmeierhofer@kdvlaw.com
Christopher M. Bays
cbays@kdvlaw.com
KAUFMAN, DOLOWICH & VOLUCK LLP
60 Broad Street
New York, NY 10004
Tel: 212.485.9600
Fax: 212.485.9700

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 10, 2017, I served the above and foregoing papers on all counsel of record by causing such paper to be filed with the Court via the Court's electronic filing system.

/s/ Patrick H. Peluso